# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

To: Ann M. Callaway

In Re: <u>Wayne Garland Scott, Jr.     Erica Nicole Scott</u>

Case No: <u>13-14332-BFK</u>

Adversary Proceeding No: _____

Chapter: <u>    13    </u>

## NOTICE TO CURE FILING FEE DEFICIENCY

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-1(C), the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **Failure to provide payment, or the appropriate Application as set forth under Voluntary/Involuntary Petitions, by 4:00 p.m. on the next day following this notice will result in the pleading being stricken or the bankruptcy case or adversary proceeding being dismissed.** Fees may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If debtor *pro se*, payment must be in the form of *cash, money order or certified check. ***(Cash is not accepted at the Newport News division.)**

**VOLUNTARY/INVOLUNTARY PETITIONS:**

_____ Filing Fee Due: $_____ , or Application to Pay Filing Fee in Installments, with first installment of $ _____. [See Local Bankruptcy Rule 1006-1(A)], or an Application for Waiver of the Chapter 7 Filing Fee for Individuals [See Local Bankruptcy Rule 1006-1(B)]

**ADVERSARY PROCEEDINGS and REMOVALS:**

_____ Filing Fee Due: $293.00.

**MOTIONS:** [Motion to terminate, annul, modify, or condition the automatic stay provided under 11 U.S.C. 362(a) of title 11, a motion to compel abandonment of property of the estate pursuant to Federal Rule of Bankruptcy Procedure 6007(b), or a motion to withdraw the reference of a case under 28 U.S.C. 157(d).]

_____ Filing Fee Due: $176.00.

**MOTIONS TO REOPEN CLOSED CASE:**

_____ Filing Fee Due: __$260 [chapter 7], __ $235 [chapter 13] _____$1,167 [chapter 11], __$200 [chapter 12].

**FILING A DOCUMENT NOT RELATED TO A PENDING CASE OR PROCEEDING:**

_____ Filing Fee Due: $46.00

**AMENDMENT FEE for Adding/Deleting Creditors, changing the amount of debt or classification of a debt**

Non – Electronic Filers:

_____ Filing Fee Due: $30.00

Electronic Filers:

__X__ Filing Fee Due: $30.00

__X__ Make Payment by docketing **Payment of Amendment Filing Fee** through **Miscellaneous**

_____ Make Payment by docketing **Supplemental Creditor Matrix Uploaded/Diskette Received**

_____ Make Payment through **Reports>Credit Card Payments Due**

**MOTIONS TO CONVERT:**

_____   Conversion Fee Due:   \_\_$25.00 [13 to 7];   \_\_$60.00 [12 to 7];   \_\_$15.00 [11 to 7]

**NOTICES OF CONVERSION FROM CHAPTERS 13 OR 12 TO CHAPTER 7:**
**Failure of the debtor to pay the conversion filing fee in a voluntary conversion will be subject to the Court's Order To Show Cause Why The Case Should Not Be DISMISSED.**

\_\_ $25.00 [13 to 7]        \_\_$60.00 [12 to 7]

CLERK, UNITED STATES BANKRUPTCY COURT

Date: October 09, 2013     By: /s/ Elizabeth Voehl
                               Deputy Clerk

Telephone Number: 703-258-1217

Electronic Notice   X
Telephonic Notice   \_\_\_\_
Personal Notice     \_\_\_\_
Notice by Mail      \_\_\_\_   [Notice period shall commence 3 days after the notice is mailed.. LBR 1006-1(C)]

[Cure4pm  ver. 05/13]