IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE<br><br>WAYNE GARLAND SCOTT, JR.<br>ERICA NICOLE SCOTT<br><br>   Debtor | Case No. 13-14332-BFK<br>Chapter 13 |
| GREEN TREE SERVICING LLC<br><br>   Movant<br>v.<br><br>WAYNE GARLAND SCOTT, JR.<br>ERICA NICOLE SCOTT<br><br><br>   Respondents | Motion No. |

## **EXHIBIT A -- DEBT**

**Pre Petition Arrears**

| | | |
|---|---|---|
| arrears | | $3,451.71 |
| | Total: | $3,451.71 |

**Post Petition Arrears**

| | | |
|---|---|---|
| 3 payments for 10/1/ to 12/1/13 @ $837.86 | | $2,513.58 |
| Attorney Fees and Costs | | $826.00 |
| | Total: | $3,339.58 |
| | **Total Pre and Post Petition Arrears:** | **$6,791.29** |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 28962